UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ERIC WIGGINS,<br><br>          Plaintiff,<br><br>     v.<br><br>SGT. D'AMBROSIO, et al.,<br><br>          Defendants. | Civil Action No. 06-2899 (NLH)<br><br>**O R D E R** |

THIS MATTER, having come before the Court on Plaintiff's Application for Appointment of <u>Pro Bono</u> Counsel, filed on May 11, 2007 (docket entry 17); and for the reasons set forth in this Court's Opinion filed herewith;

IT IS ON THIS 31st day of    May   , 2007;

ORDERED that Plaintiff's application is hereby denied, without prejudice; and it is further

ORDERED that Plaintiff will have 30 days from the date of entry of this Order to move to reopen his case, as set forth in this Court's Opinion and Order dated August 30, 2006; and it is further

ORDERED that no further extensions to move to reopen will be granted.

                                      s/Noel L. Hillman
                                      NOEL L. HILLMAN
                                      United States District Judge

At Camden, New Jersey